IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER JAMES BILLS**                              **PLAINTIFF**

V.             **CASE NO. 4:19-cv-00351 JM**

**KAREN WALKER-KNIGHT**, *et al*.                        **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 17th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE